# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA MAE JORDAN, an individual, | Case No: 5:22-cv-01701-FMO-JC |
| Plaintiff, | |
| vs. | Judge: Hon. Fernando M. Olguin |
| NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | Magistrate Judge: Hon. Jacqueline Chooljian |
| Defendants. | **ORDER ON STIPULATION [27] RE DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: December 18, 2025             By: _____/s/_____
                                                            Hon. Fernando M. Olguin
                                                            United States District Judge